FILED
April 5, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                     )    Case No. Cr -S-07-0126 EJG
         Plaintiff,             )
v.                                )    ORDER FOR RELEASE OF
                                     )    PERSON IN CUSTODY
JAVON GILL,                 )
                                     )
         Defendant.       )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release Javon Gill , Case No. Cr S-07-0126 EJG,

Charge Title 21 USC §§ 841(a)(1), 856(a)(1), from custody subject to the conditions contained in

the attached "Notice to Defendant Being Released" and for the following reasons:

       __    Release on Personal Recognizance

       X    Bail Posted in the Sum of $ _100,000.00_ Secured by property to be posted by 4/12/07.

       __    Unsecured Appearance Bond

       __    Appearance Bond with 10% Deposit

       __    Appearance Bond with Surety

       __    Corporate Surety Bail Bond

       X    (Other) _With Pretrial Services Supervision on conditions._

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on _April 5, 2007_ at _2:55 pm_ .

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal