**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JAMEL GILL**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **JAMEL GILL**, et al ) <br> ) <br> Defendant, ) <br> _____ ) | Crim. S 07-126 EJG <br><br> **STIPULATION AND ORDER THEREON** <br><br> (Continuing Status to 6/6/08) |

It is hereby stipulated between counsel for the government and the defendants that the status conference presently scheduled for April 11, 2008 may be continued to June 6, 2008 at 10;00 a.m. This continuance is requested to allow defense counsel additional time to prepare.

It is further stipulated that the time between April 11, 2008and June 6, 2008 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 18 USC § 3161(h)(8)(B)(iv) (Local Code T-4).

Dated: April 9, 2008                                                      Dated:  April 9, 2008

/ s / Jill Thomas                                                              / s / Steven D. Bauer

**JILL THOMAS**                                                          **STEVEN D. BAUER**
Assistant United States Attorney                             Attorney for Defendant

(Additional Signatures and Order on Following Page)

1  Dated: April 9, 2008

2  / s / Shari Rusk

3  
4  **SHARI RUSK**
   Attorney for Defendant

5  For Good Cause Appearing
   **IT IS SO ORDERED**
6  Dated: April 9, 2008

7  
   /s/ Edward J. Garcia
8  
   **EDWARD J. GARCIA**
9  U. S. District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28