1  **STEVEN D. BAUER**
Attorney at Law - SBN 50084
2  428 J Street - Suite 350
Sacramento, California 95814
3  Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net
4
Attorney for Defendant: **JAMEL GILL**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, ) | Crim. S 07-126 EJG |
|---|---|
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER THEREON** |
| **JAMEL GILL**, ) | (Continuing Status to 11/7/08) |
| Defendant, ) | |

It is hereby stipulated between counsel for the government and the defendants that the status conference presently scheduled for September 5, 2008 may be continued to November 7, 2008 at 10;00 a.m. The resolution of this matter requires a face to face meeting between the defendants which is difficult to arrange. In addition, attorneys Thomas and Bauer have scheduling issues until the date requested.

It is further stipulated that the time between July 18, 2008 and September 5, 2008 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 18 USC § 3161(h)(8)(B)(iv) (Local Code T-4).

Dated: September 3, 2008                              Dated:  September 3, 2008

/ s / Jill Thomas                                              / s / Steven D. Bauer

**JILL THOMAS**                                          **STEVEN D. BAUER**
Assistant United States Attorney                Attorney for Defendant

(Additional Signatures and Order on Following Page)

1 | Dated: September 3, 2008
2 | / s / Shari Rusk
3 | **SHARI RUSK**
Attorney for Defendant
4 |
5 | For Good Cause Appearing
**IT IS SO ORDERED**
Dated: September    , 2008
6 |
7 |
8 | /s/ Edward J. Garcia
**EDWARD J. GARCIA**
U. S. District Judge