**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JAMEL GILL**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim. S 07-126 EJG |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER THEREON** AS MODIFIED* |
| **JAMEL GILL**, ) | (Continuing Case to 1/16*/09) |
| Defendant, ) | |

It is hereby stipulated between counsel for the government and the defendants that the status conference presently scheduled for January 9, 2009 may be continued to January 16*, 2009at 10;00 a.m. This matter has been resolved and is ready for change of plea as to Jamel Gill and dismissal as to Javon Gill..

It is further stipulated that the time between January 9, 2009 and January 16*, 2009 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 18 USC § 3161(h)(8)(B)(iv) (Local Code T-4).

Dated: January 8, 2009                               Dated: January 8, 2009
/ s / Jill Thomas                                    / s / Steven D. Bauer
**JILL THOMAS**                                      **STEVEN D. BAUER**
Assistant United States Attorney                     Attorney for Defendant

(Additional Signatures and Order on Following Page)

Dated: January 8, 2009

/ s / Shari Rusk

**SHARI RUSK**
Attorney for Defendant

For Good Cause Appearing
**IT IS SO ORDERED**
Dated: January    , 2009


/s/ Edward J. Garcia
**EDWARD J. GARCIA**
U. S. District Judge