```
LAWRENCE G. BROWN
Acting United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2781
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-07-0126 EJG |
| Plaintiff, | GOVERNMENT'S AMENDED MOTION TO DISMISS THE INDICTMENT AS TO |
| v. | DEFENDANT JAVON GILL AND ORDER |
| JAVON GILL, | |

    The United States of America, through its attorneys of record, Assistant U.S. Attorney Jill Thomas, hereby moves for an order dismissing the indictment, specifically Counts Three and Five, against defendant Javon GILL pursuant to Federal Rule of Criminal Procedure 48(a).

    <u>Background</u>

    On March 29, 2007, a Sacramento federal Grand Jury returned an indictment against defendant Javon GILL along with two others including Javon GILL's older brother, Jamel GILL in a case related to possessing with intent to distribute at least 50 grams of a mixture and substance containing a detectable amount of cocaine base in

violation of 21 U.S.C. § 841(a)(1), and maintaining a place in violation of 21 U.S.C. § 856(a)(1) in Case No. CR-S-07-0126 EJG.

On January 7, 2009, the government obtained exculpatory information related to the case pending against Javon GILL.  This resulted in the government's belief that insufficient evidence exists to sustain a conviction concerning defendant Javon GILL, who was not detained pretrial.  Counsel for defendants Jamel GILL and Javon GILL and the defendants themselves have no objection to this motion to dismiss.

Based on the above recently obtained exculpatory information, the undersigned hereby moves to dismiss with prejudice Counts Three and Five against Javon GILL in Case No. CR-S-07-0126 EJG in the interests of justice pursuant to Rule 48(a).

```
                                    Respectfully Submitted,

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

DATED:  January 12, 2009      By:/s/ Jill Thomas
                                    JILL M. THOMAS
                                    Assistant U.S. Attorney
```

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

1.   Counts Three and Five of the Indictment in Case No. CR-S-07-0126 EJG as to defendant Javon GILL is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) with prejudice.

```
DATED: January 9, 2009        /s/ Edward J. Garcia
                              HONORABLE EDWARD J. GARCIA
                              United States District Judge
```