Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States,<br>      Plaintiff,<br>vs.<br>Javon Gill,<br>      Defendant. | Case No.: CR.S. 07-126 EJG<br>MOTION TO EXONERATE BOND<br>AND ORDER THEREON |

    All charges against Javon Gill were dismissed on January 9, 2009. Mr. Gill was on pre-trial release secured by the property of his Uncle, James Brown. Mr. Brown's property is located at 260 Columbus Drive, Fairfield, CA, 94533. Mr. Gill's case is now closed. Mr. Gill therefore moves this Court to order that bond on the property listed herein be exonerated.

DATE: January 30, 2009

                                          Respectfully submitted,

                                          __/s/ Shari Rusk
                                          Shari Rusk
                                          Attorney for Defendant
                                          Javon Gill

**ORDER**

It is so ordered.

                                          /s/ Edward J. Garcia
DATE:  2/3/09                      Hon. Judge Edward J. Garcia
                                          United States District Court Judge